FILED
CLERK, U.S. DISTRICT COURT

OCT 29 2025

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Yachua Mauricio Flores, DEFENDANT(S). | CASE NUMBER 2:25-mj-06126-8 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __defendant__, IT IS ORDERED that a detention hearing is set for __10/31/2025__, ____, at __11:30__ ☑ a.m. / ☐ p.m. before the Honorable __J. Chooljian__, in Courtroom __640__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __10/29/2025__

_____
U.S. District Judge/Magistrate Judge